IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01274-BNB

IVAN JONES,

    Plaintiff,

v.

TODD COWENS (Corrections Officer, Colorado Department of Corrections),

    Defendant.

---

### ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED June 24, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  09-cv-01274-BNB

Ivan Jones
Prisoner No.  88926
P.O. Box 0112
Aurora, CO 80040

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/24/09

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk